UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SHEDRICK,<br><br>   Plaintiff(s),<br><br> v.<br><br>MARIN COUNTY, CALIFORNIA,<br><br>   Defendant(s). | No. C 05-5450 BZ<br><br>**ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |

  Inasmuch as defendant has just been served, a new case management conference is scheduled for Monday, **June 26, 2006 at 4:00 p.m.** in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102. The parties shall file a joint case management conference statement on or before **June 16, 2006**.

Dated:  May 3, 2006

            _____
            Bernard Zimmerman
          United States Magistrate Judge

G:\BZALL\-BZCASES\SHEDRICK\RESCHED.CMC.ORDER.wpd

1