UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SHEDRICK,<br><br>       Plaintiff(s),<br><br>  v.<br><br>MARIN COUNTY, CALIFORNIA,<br><br>       Defendant(s). | No. C 05-5450 BZ<br><br>***SUA SPONTE* JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP OF CASES** |

Pursuant to Civil Local Rule 3-12(c), **IT IS HEREBY ORDERED** that the above captioned case is referred to Judge Saundra B. Armstrong to determine if it is related to <u>Shedrick v. County of Marin, et al.</u>, C96-4418 SBA.

Dated: June 26, 2006

                                             /s/ Bernard Zimmerman
                                             Bernard Zimmerman
                                  United States Magistrate Judge

G:\BZALL\-BZCASES\SHEDRICK\REFERRAL.wpd