UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LUIS SHEDRICK, | ) |
| Plaintiff(s), | ) No. C 05-5450 BZ |
| v. | ) **ORDER OF CONDITIONAL** |
| | ) **DISMISSAL** |
| MARIN COUNTY, CALIFORNIA, | ) |
| Defendant(s). | ) |

The parties to this matter having advised the Court that they have agreed to a settlement, **IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and all scheduled matters are **VACATED**; provided, however, that any party may, within 30 days of the date of this Order, move the Court to restore this matter to the calendar on the grounds that the settlement has not been consummated.

Dated:  April 16, 2007

_____
Bernard Zimmerman
United States Magistrate Judge

G:\BZALL\-BZCASES\SHEDRICK\COND.DISMISSAL.ORD.wpd

1