1  HOWARD MOORE, JR., SBN 55228
   Moore and Moore
2  1563 Solano Avenue, #204
   Berkeley, California 94707-2116
3  Telephone:   (510) 868-8834
   Facsimile:   (510) 528-3024
4  Email:       MoorLaw@aol.com

5  Attorneys for Plaintiff, LUIS SHEDRICK

6  PATRICK F. FAULKNER, COUNTY COUNSEL
   Steven M. Perl, SBN 100074
7  Stephen Raab, SBN 180939
   3501 Civic Center Drive, Room 303
8  San Rafae, California 94903
   Telephone:   (415) 499-6117
9  Facsimile:   (415) 499-3796

10 Attorney(s) for Defendant, COUNTY OF MARIN

11

12                       UNITED STATES DISTRICT COURT

13                      NORTHERN DISTRICT OF CALIFORNIA

14                            SAN FRANCISCO DIVISION

15 LUIS SHEDRICK,                    )   Case No. C 05 5450 BZ [WDB]
                                     )
16              Plaintiff,           )
                                     )
17       vs.                         )   STIPULATION TO DISMISS ACTION
                                     )   WITH PREJUDICE AND (Proposed)
18                                   )   ORDER
   MARIN COUNTY; and Does 1 through 10, )
19                                   )   Rule 41, Fed. R. Civ. P.
                Defendants.          )
20 _____ )

21       It is hereby stipulated between the undersigned counsel of record for the parties to this

22 civil action that this action be dismissed with prejudice forthwith with each party to bear its own

23 costs and attorney's fees.

24 Dated: September 17, 2007

25

26                                              HOWARD MOORE, JR.
                                                Attorney for Plaintiff, LUIS SHEDRICK
27

28

STIPULATION TO DISMISS ACTION WITH PREJUDICE AND (Proposed) Order
Shedrick v. County of Marin, et al            Case No. C 05 5450 BZ[WDB]

Dated: September ____, 2007

PATRICK F. FAULKNER,
COUNTY COUNSEL FOR DEFENDANT
THE COUNTY OF MARIN

By: _____
STEPHEN RAAB,
Deputy County Counsel

**ORDER**

Pursuant to Stipulation: IT IS SO ORDERED.

Dated: September 17, 2007

_____
BERNARD ZIMMERMAN
United States Magistrate Judge